LAW OFFICE OF PETER A. ROMERO PLLC
Peter A. Romero, Esq.
825 Veterans Hwy, Suite B
Hauppauge, New York 11788
Tel. (631) 257-5588
Promero@RomeroLawNY.com

Attorneys for Plaintiffs

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 31 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NATALIO VELASQUEZ MARQUEZ
and VICTOR PERALTA,

                      Plaintiffs,

-against-

CLOISTER CAFÉ, NICHOLAS DROBENKO,
JAROSLAW DROBENKO, JOHN DROBENKO
and WALTER DROBENKO,

                      Defendants.

-------------------------------------------------------------------X

Docket No.: 19-CV-2557
(WFK)(RER)

NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Dated: July 30, 2019

                      LAW OFFICE OF PETER A. ROMERO PLLC

                      By: _____
                      Peter A. Romero, Esq.
                      825 Veterans Hwy, Suite B
                      Hauppauge, New York 11788
                      (631) 257-5588
                      promero@romerolawny.com

_____          7/30/19
Natalio Velasquez Marquez                Date

_____          7/30/19
Victor Peralta                           Date

The application is ✓ granted.
SO ORDERED) ~~denied.~~
_____s/WFK_____
William F. Kuntz, II, U.S.D.J.
Dated: July 31, 2019
Brooklyn, New York